AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____          _____
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

SUMMONS SCHEDULE

All American School Bus Corp. 1108 30th Ave, Queens, NY 11102.

Allstate Administrators, LLC d/b/a Allstate ASO 462 Ocean Parkway, Brooklyn, NY 11218.

Amerifalls, LLC D/B/A Niagara Rehabilitation and Nursing Center, 822 Cedar Avenue, Niagara Falls, NY 14301.

Assistcare Home Health Services, LLC d/b/a Preferred Home Care of New York, 1267 57th St #1P, Brooklyn, NY 11219.

Atlanticare Management LLC d/b/a Putnam Ridge, 46 Mount EBO Road North, Brewster, NY 10509.

Avalon Gardens Rehabilitation & Health Care Center, LLC d/b/a Brookside Multicare Nursing Center and Optima Care Smithtown, LLC,7 Route 25A, Smithtown, NY 11787.

B&B Management LLC, 1624 Webster Ave, The Bronx, NY 10457.

Bay Park Center for Nursing & Rehabilitation LLC, , 3015 West 29th Street, Brooklyn, NY 11224.

South Point Plaza Nursing and Rehabilitation Center d/b/a Bayview Manor LLC, One Long Beach Road Island Park, NY 11558.

Bayview Rest Home, LLC d/b/a Bayview Home for Adults, 143 E Main Street, Babylon, NY 11702.

Besure Home Health Services, Inc. 736 Allerton Ave, The Bronx, NY 10467

Birchwood Suites Realty LLC d/b/a Birchwood Rest Home, 423 Clay Pitts Rd., East Northport, NY 11731.

Blue Star Staffing, LLC, 1463 66th Street, Brooklyn, NY 11201.

BNH Beach 17th St. LLC, 250 Beach 17th Street Far Rockaway, NY 11691.

Brookhaven Rehabilitation and Health Care Center, LLC 250 Beach 17th Street Far Rockaway, NY 11691.

Caring Companion Services, Inc. 2431 Healy Avenue, Far Rockaway, NY 1169.1

Caring Professionals, Inc., 70-20 Austin Street, Suite 135, Forest Hills, NY 11375.

Cayuga Ridge, LLC d/b/a Cayuga Ridge Extended, 1229 Trumansburg Road, Ithaca, NY 14850.

Clear Choice Medical PC, 309 Rutledge St Ste 2B, Brooklyn NY 11211.

Cold Spring Acquisition, LLC, 378 Syosset-Woodbury Road, Woodbury, NY 11797.

Comfort Loving Care, Inc., 10 Nesher Court, Monsey, NY 10952.

Comprehensive at Dunkirk LLC, D/B/A Symphony Living at Dunkirk, 319 Washington Ave, Dunkirk, NY, 14048.

Comprehensive at Lancaster LLC, D/B/A Symphony Manor at Lancaster, 5539 Broadway, Lancaster, NY 14086.

Comprehensive at Orleans LLC, 14012 Route 31, Albion, NY 14411.

Comprehensive at Williamsville LLC , 147 Reist Street, Williamsville, NY 14221.

Comprehensive Cleaning Corp.,D/B/A  Comprehensive Cleaning Company,, 18 Chester Avenue, Brooklyn NY 11218.

Curis Medical Staffing, LLC, D/B/A Curis Medical Staffing, LLC, 121 State St, Albany, NY, 12207.

Diamond Hill Operator LLC, D/B/A  Diamond Hill Nursing and Rehabilitation Center, 100 New Turnpike Rd, Troy, NY 12182.

Eagle Home Care LLC , D/B/A  Eagle Home Care LLC, 3048 Brighton 1st St, Brooklyn, NY 11235.

Eastchester Rehabilitation and Health Care Center, LLC , 2700 Eastchester Road Bronx, NY 10469.

Elcor Management, LLC, 48 Colonial Dr, Horseheads, NY 14845.

Elcor Operating Company, LLC,48 Colonial Drive, Horseheads, NY 14845.

Expert Care Staffing, LLC, 144-12 75th Ave, Flushing New York 11367.

Fair Management Consulting Company, LLC,  D/B/A  Fair Management Consulting Co., 2107 Ditmas Avenue, Brooklyn, NY 11226.

Garden Care Center, Inc., 135 Franklin Avenue, Franklin Square, NY 11010.

Garden Home Care LLC, 3456 Delaware Ave, Buffalo NY 14217.

Golden Gate Rehabilitation and Health Care Center LLC, 191 Bradley Avenue Staten Island, NY 10314.

Golden Living Centers, LLC, 193 South Union Road; Williamsville, NY 14221.

Greater New York Home Care, 6321 New Utrecht Ave., 2nd Fl, Brooklyn, NY 11219.

Greenbriar Adult Home, LLC, D/B/A Greenbriar Home for Adults, 26 Old Rte 82, Millbrook, NY 12545.

Harry's Nurses Registry, Inc., 88-25 163rd St, Jamaica, NY 11432.

HCS Certified Home Care NY, Inc.  D/B/A Girling Home Care of Ny, Inc. 118A Battery Ave, Brooklyn, NY 11209.

HCS Home Care of Westchester D/B/A , A&J Home Care, Inc. & Careseekers, 280 N Bedford Rd #204, Mt Kisco, NY 10549.

Heart to Heart Home CarE, D/B/A , Mrs. Mary's Place HCS, Inc., 395 Pearl Street, Brooklyn NY 11201.

Heart to Heart Management LLC, 227 Empire Blvd., Brooklyn NY 11225.

Highgate LTC Management LLC, D/B/A Northwoods Rehabilitation & Extended Care - Cortland, 28 Kellogg Road Cortland, NY 13045.

Highgate LTC Management LLC,D/B/A Northwoods Rehabilitation & Extended Care - Hilltop, 1805 Providence Avenue, Niskayuna, NY 12309.

Highgate LTC Management LLC ,D/B/A Northwoods Rehabilitation & Extended Care - Rosewood 284 Troy Road, Rensselaer, NY 12144.

Highgate LTC Management LLC,D/B/A Northwoods Rehabilitation & Extended Care - Troy , 100 New Turnpike Road, Troy, NY 12182.

Highgate LTC Management, LLC,d/b/a Northwoods Rehabilitation & Extended Care – d/b/a Northwoods Rehabilitation & Extended Care 7 Keeler St, Moravia, NY 13118.

Home Attendant Service of Hyde Park, Inc., 1273 53rd St, Brooklyn, NY 11219.

Home Health Care Services of New York Inc., D/B/A  HCS Home Care, 1989 Coney Island Ave, Brooklyn, NY 11223.

Hudson Pointe Acquisition LLC, D/B/A Hudson Pointe at Riverdale Center for Nursing & Rehabilitation, 3220 Henry Hudson Pkwy, The Bronx, NY 10463.

Kingsbridge Heights Receiver, LLC, 32 East 57th Street, 10th Floor, New York New York 10022.

Laconia Nursing Home, Inc. 1050 E. 230th Street, Bronx, NY 10466.

Little Neck Care Center, LLC, 260-19 Nassau Boulevard, Little Neck, NY 11362.

Little Neck Nursing Home LLC , 260-19 Nassau Boulevard, Little Neck, NY 11362.

Magna Management, LLC, 40 Wall St, New York, NY 10005.

MB Consultants, Ltd D/B/A Murray's Chicken, 5190 S Fallsburg Main, South Fallsburg, NY 12779.

MB Food Processing, Inc., 5190 S Fallsburg Main St, South Fallsburg, NY 12779.

Monsey Family Drugstore LLC, 108 B Rt 59 Monsey, NY 10952.

Morans Rest Home LLC, 1741 State Route 32, Modena, NY 12548.

NAE Edison, LLC, D/B/A Edison Home Health Care, LLC , 946 McDonald Ave, Brooklyn, NY 11218.

Nassau Operating Company, LLC, 1 Greenwich Street Hempstead, NY 11550.

Neuman LJ Partners, address unknown

Neuman MN Partners, address unknown

Neuman Nn Partners, address unknown

New Carlton Rehab & Nursing Center LLC, 405 Carlton Avenue, Brooklyn, NY 11238.

New Surfside Nursing Home,22-41 New Haven Avenue Far Rockaway, NY 11691.

Niskayuna Operating Co., LLC, d/b/a Pathways Nursing & Rehabilitation Center, 1805 Providence Avenue, Niskayuna, NY 12309.

NMC Acquisition, LLC, d/b/a Nathan Miller Center for Nursing Care , 37 Dekalb Avenue, White Plaints NY 10605.

North Sea Associates, LLC, 64 County Road 39 Southampton, NY 11968.

Norwich Operating Co., LLC, d/b/a Norwich Rehabilitation and Nursing Center, 88 Calvary Drive, Norwich, NY 13815.

Omega Care Services, Inc., D/B/A Living Waters Home Care Agency, 32 E Kingsbridge Road, Suite 2E, Bronx, NY 10468.

Optima Care Smithtown LLC D/B/A Brookside Multicare Nursing Center F/K/A Avalon Gardens Rehabilitation and Health Care Center, LLC 7 Route 25A, Smithtown, NY 11787.

Palffy Group, LLC, 755 East Monroe Street, Little Falls, NY 13365.

Park Avenue Operating Company, LLC, 425 National Boulevard Long Beach, NY 11561.

Parkview Care and Rehabilitation Center, Inc., 5353 Merrick Road, Massapequa, NY 11758.

Pharney Group, LLC, 20 Wood Court, Tarrytown, NY 10591.

Premier Rehab Solutions, LLC , d/b/a Sunharbor Manor, 255Warner Avenue, Roslyn Heights, NY 11577.

Prokeep Inc., 199 Lee Avenue, Suite 950, Brooklyn NY, 11211.

Ramapo Manor Nursing Center, Inc, 30 Cragmere Rd., Airmont, NY 10901.

Receiver Services, LLC, D/B/A Harbour Health Multicare Center for The Living, 1205 Delaware Ave., Erie, Buffalo, NY, 14209.

Rosewood Care, LLC, d/b/a Rosewood Rehabilitation and Nursing Center, 284 Troy Road, Rensselaer, NY 12144.

Ross Health Care Center, Inc.,, 839 Suffolk Avenue, Brentwood, NY 11717.

Sanford Home for Adults, LLC, 14040 Sanford Ave, Queens, NY 11355.

SC & BP Services, Inc D/B/A SC & BP Services, Inc., 1055 63rd Street, Brooklyn NY 11219.

Sentosa Care, LLC, 100 Daniel Drive, Webster, NY 14580.

Shorefront Operating, LLC, d/b/a Seagate Rehabilitation & Healthcare Center, 3015 W 29th St, Brooklyn, NY 11224.

Stat Portable X-Ray, Inc., , 21118 Union Turnpike, Oakland Gardens, NY 11364.

Sunharbor Acquisition I, LLC, d/b/a Sunharbor Acquisition, LLC, 255 Warner Avenue, Roslyn Heights, NY 11577.

TCPRNC LLC, d/b/a The Plaza Rehab & Nursing, 100 West Kingsbridge Road, Bronx, NY 10468.

Throgs Neck Operating Company, 707 Throgs Neck Expressway Bronx, NY 10465.

Townhouse Operating Company, LLC, 755 Hempstead Turnpike Uniondale, NY 11553.

Troy Operating Center, LLC, d/b/a Diamond Hill Nursing and Rehabilitation Center, 100 New Turnpike Road, Troy, NY 12182.

Upstate Dairy Farms, Inc., 54 Walworth St, Brooklyn, NY 11205.

West Lawrence Care Center Inc., d/b/a West Lawrence Care Center, LLC, 1410 Seagirt Blvd., Far Rockaway, NY 11691.

White Plains Center for Nursing, LLC, 220 West Post Road, White Plains, NY10606.

Willoughby Rehabilitation & Health Care Center LLC,  660 Louisiana Avenue Brooklyn, NY 11239.

Woodmere Dialysis, LLC, The Five Towns Premier Nursing Home and Rehabilitation Center, 1050 Central Ave, Woodmere, NY 11598.

Woodmere Rehabilitation and Health Care Center, Inc., d/b/a Five Towns Premier Rehabilitation and Nursing, 1050 Central Avenue, Woodmere, NY 11598.

Gabor Adler, 7 Balint Dr Apt 323, Yonkers NY 10710, Baypark Center Nursing & Rehabilitation;

George Adler, 1 Greenwich Street Hempstead, NY 11550, Baypark Center Nursing & Rehabilitation;

Kwame Amoafo-danquah, 1825 65th St Ste 1, Brooklyn, NY, 11204, Living Water Home Care Agency;

Agnes Arnestein, 220 West Post Road, White Plains, NY10606, Baypark Center Pursing & Rehabilitation;

Anthony Bacchi, 99 Golden Hill Drive, Kingston, NY 12401, Brookside Multicare Nursing Center;

Matthew Barbara, 1 Greenwich Street Hempstead, NY 11550, Baypark Center Nursing & Rehabilitation;

Paul Barbara, 3015 West 29th Street, Brooklyn, NY 11224, Baypark Center Nursing & Rehabilitation;

Aaron Becher, 355 Broadway, Lawrence, NY 11598, Baypark Center Nursing & Rehabilitation;

Hershel Bedansky, 1273 53rd St, Brooklyn, NY, 11219, Hyde Park;

Howard Belford, 3015 West 29th Street, Brooklyn NY 11224, Baypark Center Nursing & Rehabilitation;

Scott Bialick, 250 Beach 17th Street, Far Rockaway NY 11691, Baypark Center Nursing & Rehabilitation;

Robert Bleier, 22-41 New Haven Avenue, Far Rockaway, NY 11691, Baypark Center Nursing & Rehabilitation;

David Bloom, 136 Beach 117th St Apt 513, Rockaway Park NY 11694, Baypark Center Nursing & Rehabilitation;

Joel Brach, 40 Robert Pitt Dr, Monsey, NY 10952, Monsey Family Drugstore LLC;

Barry Braunstein, 144 S. Oxford Street, Brooklyn NY 11217, Baypark Center Nursing & Rehabilitation;

Murray Bresky, 5190 Main Street, South Fallsburg, NY 12779, Baypark Center Nursing & Rehabilitation;

Steven Brown,  3015 West 29th Street, Brooklyn, NY 11224, Baypark Center Nursing & Rehabilitation;

Philip Buchsbaum, 121 Franklin Place Woodmere, NY 11598, Baypark Center Nursing & Rehabilitation;

Richard Busell, 725 Equestrian Way, Westbury, NY 11590, Baypark Center Nursing & Rehabilitation;

Colin C. Hart, 168 W Main St, Springville, NY, 14141, Fiddlers Green Manor Rehabilitation and;

Ira Cammeyer, 1 Greenwich Street Hempstead, NY 11550, Throgs Neck Operating Company, LLC dba Throgs Neck Extended Care Facility;

Alan Chopp, 5401 Collins Ave  #635 Miami Beach FL 33140, Brookside Multicare Nursing Center;

David Crytryn,  250 Beach 17th Street, Far Rockaway NY 11691, Brookhaven Rehabilitation & Health Care;

Solomon Eidlisz, 250 Beach 17th Street, Far Rockaway NY 11691, Brookhaven Rehabilitation & Health Care;

Neil Einhorn, 3015 West 29th Street, Brooklyn, NY 11224., Throgs Neck Operating Company, LLC dba Throgs Neck Extended Care Facility;

Scott Einiger, 3015 West 29th Street, Brooklyn, NY 11224, Baypark Center Nursing & Rehabilitation;

Sam Eisen, 7605 New Utrecht Avenue, Brooklyn NY 11214, Mega Staffing;

Steve Eisman, 801 Coop City Blvd, Bronx NY 10475, Bay Park Center Nursing & Rehabilitation;

Ignatius Elefant, 6355 Broadway, Bronx, NY, 10471, Riverdale Manor Home;

Philipson Family Trust, 3400 Cannon Pl, The Bronx, NY 10463, Kingsbridge Heights Receiver, LLC;

Martin Farbeblum, 495 Pinehurst Court, Roslyn NY 11576, Brookside Multicare Nursing Center;

Michael Farbenblum, 495 Pinehurst Court, Roslyn NY 11576, Eastchester Rehabilitation & Health Care Center, LLC;

Benjamin Farbenblum, 147 Avenue O, 1st Floor, Brooklyn NY 11204, Eastchester Rehabilitation & Health Care Center, LLC;

Ed Farbenslum, 2365 Union Road Cheektowaga, NY 14227, Golden Hill Health Care Center & Rehabilitation;

Esther Farkovitz, 37 Mesier Avenue, Wappinger Falls, NY 12508, Nassau Operating Company, LLC dba Nassau Extended Care Facility;

Esther Farkovitz, 3400 Cannon Pl, The Bronx, NY 10463, Kingsbridge Heights Receiver, LLC;

Lori Fensterman, 801 Coop City Blvd, Bronx NY 10475, Bay Park Center Nursing & Rehabilitation;

Jordan Fensterman, 3 Dakota Drive, Lake Success NY 11042, Baypark Center Nursing & Rehabilitation;

Lori Fensterman, 3 Dakota Drive, Lake Success NY 11042, Bay Park Center Nursing & Rehabilitation;

Robert Fensterman, 3015 West 29th Street, Brooklyn, NY 11224, Bay Park Center Nursing & Rehabilitation;

Robert Fensterman, 3015 West 29th Street, Brooklyn, NY 11224, Bay Park Center Nursing & Rehabilitation;

Staci Fensterman,  3015 West 29th Street, Brooklyn, NY 11224, Bay Park Center Nursing & Rehabilitation;

Samuel Ferrara, address unknown, is an owner of Baypark 3015 West 29th Street, Brooklyn, NY 11224, Bay Park Center Nursing & Rehabilitation;

Mayer Fischl, 2 Sienna Way, Lakewood NJ 08701, Baypark Center Nursing & Rehabilitation;

Benjamin Fishoff, 240 Viola Road, Monsey NY 10952, Bay Park Center Nursing & Rehabilitation;

Benjamin Fishoff, 240 Viola Road, Monsey NY 10952, Bay Park Center Nursing & Rehabilitation;

Patrick Formato, 3015 West 29th Street, Brooklyn, NY, 11224, Baypark Center Nursing & Rehabilitation;

John Francher, 46 Cortland St, Homer, NY, 13077,, Greenbriar Home for Adults;

David Freid, 2510 Avenue K, 1st Floor, First Door, Brooklyn NY 11210, Brookhaven Rehabilitation & Health Care;

Moshe Freilich,1273 53rd Street, Brooklyn, NY 11219, Greater New York Nursing Services;

Andrew Freundlich, 52 Elmwood Pl Short Hills, NJ 07078, Throgs Neck Operating Company, LLC dba Throgs Neck Extended Care Facility;

Sigmund Freundlich, 3015 West 29th Street, Brooklyn, NY 11224, Throgs Neck Operating Company, LLC dba Throgs Neck Extended Care Facility;

Leo Friedman, 3400 Cannon Pl, The Bronx, NY 10463, Kingsbridge Heights Receiver, LLC;

David Gast, 14012 State Route 31, Albion, NY, 14411, Comprehensive At Orleans;

Louis Gellis, 3015 West 29th Street, Brooklyn, NY 11224, Highgate LTC Management LLC dba Northwoods Rehabilitation & Extended Care - Rosewood;

William Gillick, 1205 Delaware Ave, Buffalo, NY, 14209, Harbour Health Multi Care Center;

Rivky Goldberger, 250 Beach 17th Street, Far Rockaway NY 11691, Brookhaven Rehabilitation & Health Care;

Jeffrey Goldstein, 3015 West 29th Street, Brooklyn, NY 11224, Fiddlers Green Manor Rehabilitation and;

Jeffrey Goldstein, 3015 West 29th Street, Brooklyn, NY 11224, North Sea Associates, LLC dba The Hamptons Center for Rehabilitation and Nursing;

Anne Gottlieb, 1462 East 27th Street, Brooklyn, NY 11210, White Plains Center for Nursing, LLC;

Niklos Gottlieb, 121 Franklin Place Woodmere, NY 11598, Woodmere Rehabilitation & Health Care Center, Inc. ;

Joel Greenberg, 3015 West 29th Street, Brooklyn, NY 11224, Baypark Center Nursing & Rehabilitation;

Eric Greenberger, 46 Mt Ebo Road North, Brewster, NY, 10509, Putnam Ridge;

Eli Greenspan, 11 Virginia Avenue, Clifton, NY 07012, Baypark Center Nursing & Rehabilitation;

Steven Greenstein, 3015 West 29th Street, Brooklyn, NY 11224, Baypark Center Nursing & Rehabilitation;

Avrumi Grossman, 1055 63rd Street, Brooklyn, NY 11224, SC & BP;

Marton Guttman, 54 Walworth St, Brooklyn, NY, 11205, Upstate Dairy Farms, Inc.;

Valarie Henry, 736 Allerton Ave Ste 207, Bronx, NY, 10467, BeSure Home Health Services, Inc.;

Ruth Hirsch, 20 Briarwood Lane, Suffern, NY 10901, Eastchester Rehabilitation & Health Care Center, LLC;

Johanan Hirsch, 1714 60th Street, Middle Door, Brooklyn NY 11204, Eastchester Rehabilitation & Health Care Center, LLC;

Leopold Hirsch, 551 Fifth Avenue, Suite 2500, New York, NY 10176, Eastchester Rehabilitation & Health Care Center, LLC;

Pinchos Hoffman, 70-35 Vleigh Place, Flushing NY 11367, North Sea Associates, LLC dba The Hamptons Center for Rehabilitation and Nursing;

David Hoffman, 233 E 69TH ST, New York NY 10021, Throgs Neck Operating Company, LLC dba Throgs Neck Extended Care Facility;

Steven J Eisman, 3015 West 29th Street, Brooklyn, NY 11224, Baypark Center Nursing & Rehabilitation;

Leonard Janklowicz, 1353 47th Street, Brooklyn, NY 11219, Willoughby Rehabilitation & Health CareCenter LLC dba Spring Creek Rehabilitation & Nursing Care Center;

Jack Janklowitz, 1353 47th Street, Brooklyn, NY 11219, Willoughby Rehabilitation & Health CareCenter LLC dba Spring Creek Rehabilitation & Nursing Care Center;

David Jones, 4 Cedar St, Massapequa, NY 11758, Parkview Care and Rehabilitation Center, Inc;

Judith Jones, 5353 Merrick Road Massapequa, NY 11758, Parkview Care and Rehabilitation Center, Inc;

Mendel Kaff, 1273 53rd Street, Brooklyn, NY 11219, Greater New York Nursing Services;

Eric Kalt, 3015 West 29th Street, Brooklyn, NY 11224, North Sea Associates, LLC dba The Hamptons Center for Rehabilitation and Nursing;

Yoel Karpen, 3048 Brighton 1st St Ste 4, Brooklyn, NY, 11235, Eagle Home Care;

Miriam Karpf, 5353 Merrick Road Massapequa, NY 11758, Parkview Care and Rehabilitation Center, Inc;

Allen Kass, 131 Hickory Kingdom Rd, Bedford, NY 10506, Baypark Center Nursing & Rehabilitation;

Martin Kass, 2061 58th Street, Brooklyn NY 11204, Baypark Center Nursing & Rehabilitation;

Shelley Katz, 2061 58th Street, Brooklyn NY 11204, Baypark Center Nursing & Rehabilitation;

Manny Kaufman, 100 New Turnpike Rd, Troy, NY, 12182, Diamond Hill Nursing and Rehabilitation;

Alan Kessler,129 Prospect Avenue, Cedarhurst, NY 11516, Baypark Center Nursing & Rehabilitation;

Arnold Klapper, 2311 Olean Street, Brooklyn, NY 11210, Eastchester Rehabilitation & Health Care Center, LLC;

George Klein, 2824 Clubhouse Rd, Merrick NY 11566, Throgs Neck Operating Company, LLC dba Throgs Neck Extended Care Facility;

Larry Klein, 3015 West 29th Street, Brooklyn, NY 11224., Throgs Neck Operating Company, LLC dba Throgs Neck Extended Care Facility;

Eleanor Kluger, 30 Cragmere Rd, Suffern, NY, 10901, Ramapo Manor;

Robert Kolman, 121 Franklin Place Woodmere, NY 11598, North Sea Associates, LLC dba The Hamptons Center for Rehabilitation and Nursing;

Dean Koplik, 5190 S Fallsburg Main St South Fallsburg NY 12779, MB Food Processing, Inc.;

Dean Korlik, 5190 S Fallsburg Main St, South Fallsburg, NY 12779, Baypark Center Nursing & Rehabilitation;

William Korn, 4706 Beach 47th Street, 1st Floor, Brooklyn NY 11224, Throgs Neck Operating Company, LLC dba Throgs Neck Extended Care Facility;

Irina Kostesky, 1 Greenwich Street Hempstead, NY 11550, Throgs Neck Operating Company, LLC dba Throgs Neck Extended Care Facility;

Howard Krant, 5353 Merrick Road Massapequa, NY 11758, Highgate LTC Management LLC dba Northwoods Rehabilitation & Extended Care - Cortland;

Yechiel Landa, 182 Briarwood Crossing, Lawrence, NY 11559, Brookhaven Rehabilitation & Health Care;

Ben Landa,182 Briarwood Crossing, Lawrence, NY 11559, Brookhaven Rehabilitation & Health Care;

Benjamin Landa, 182 Briarwood Crossing, Lawrence, NY 11559, Brookside Multicare Nursing Center;

Benjamin Landa, 193 S Union Rd, Williamsville, NY, 14221, Golden Living Centers LLC;

Ben Landa,182 Briarwood Crossing, Lawrence, NY 11559, Pathways Nursing & Rehabilitation Center;

Ben Landa,182 Briarwood Crossing, Lawrence, NY 11559, Rosewood Rehabilitation and Nursing Cent;

David Landa, 169 Davenport Ave, New Haven, CT 06519, The Landa Group;

Nathan Landau, 420 Broadway, Brooklyn, NY 11211, Clinical Staffing Resources Corp.;

James Lapolla, 424 E 147th St # 4, Bronx, NY,, Home Health Management Services;

Tibor Lebovich, 99 Golden Hill Dr, Kingston, NY 12401, Golden Hill Health Care Center & Rehabil;

Morty Lehasky,14012 State Route 31, Albion, NY, 14411, Comprehensive At Orleans;

Morty Lehasky, 147 Reist St, Williamsville, NY, 14221, Comprehensive of Williamsville;

David Leifer, 1273 53rd St, Brooklyn, NY, 11219, Home Attendant Services of Hyde Park;

Barry Leistner, 3015 West 29th Street, Brooklyn, NY 11224, Baypark Center Nursing & Rehabilitation;

Chana Lerner, 1020 Ocean Parkway, Brooklyn, NY 11230, Baypark Center Nursing & Rehabilitation;

Michael Levitan, 3015 West 29th Street, Brooklyn, NY 11224, Baypark Center Nursing & Rehabilitation;

Rich Levitan, 121 Franklin Place Woodmere, NY 11598, Baypark Center Nursing & Rehabilitation;

Teddy Lichtscein, 12 Mark Drive, Spring Valley, NY 10977, Brookhaven Rehabilitation & Health Care;

Sam Mayerovitz, address unknown, The Landa Group;

Girshas Minster, 1 Greenwich Street Hempstead, NY 11550, Throgs Neck Operating Company, LLC dba Throgs Neck Extended Care Facility;

Gabriel Mordechey, 250 Beach 17th Street, Far Rockaway NY 11691, Brookhaven Rehabilitation & Health Care;

Sharyn Mukamal, 3015 West 29th Street, Brooklyn, NY 11224, Bay Park Center Nursing & Rehabilitation;

Laurie Netzer, 3015 West 29th Street, Brooklyn, NY 11224., Throgs Neck Operating Company, LLC dba Throgs Neck Extended Care Facility;

Leo Oberlander, 78 Birchwood Dr, Huntington Station, NY, 11746, Birchwood Rest Home d/b/a S & L Birchwood, LLC;

Sander Oberlander, 2107 Ditmas Ave, Brooklyn, NY, 11226, Ditmas Park Care;

Milton Ostreicher, 250 Beach 17th Street, Far Rockaway NY 11691, Brookhaven Rehabilitation & Health Care;

Irwin Peckman, 3015 West 29th Street, Brooklyn NY 11224, Baypark Center Nursing & Rehabilitation;

Deborah Philipson, 22 Pleasant Ridge Road, Spring Valley, NY 10977, Brookhaven Rehabilitation & Health Care;

Bent Philipson, 22 Pleasant Ridge Road, Spring Valley, NY 10977, Brookside Multicare Nursing Center;

Ben Philipson, 22 Pleasant Ridge Road, Spring Valley, NY 10977, Brookside Multicare Nursing Center;

Robert Pines, address unknown, is an owner of Baypark 3015 West 29th Street, Brooklyn, NY 11224, Baypark Center Nursing & Rehabilitation;

Israel Pollack, 25 Calvert Drive, Unit 1, Monsey NY 10952, North Sea Associates, LLC dba The Hamptons Center for Rehabilitation and Nursing;

Jacob Pollack, 25 Calvert Drive, Unit 1, Monsey NY 10952, North Sea Associates, LLC dba The Hamptons Center for Rehabilitation and Nursing;

Theodore Pollak, 250 Beach 17th Street, Far Rockaway NY 11691, Brookhaven Rehabilitation & Health Care;

Renee Pollak, 121 Franklin Place Woodmere, NY 11598, Woodmere Rehabilitation & Health Care Center, Inc;

Michael Pruzansky, 64 County Road 39 Southampton, NY 11968, North Sea Associates, LLC dba The Hamptons Center for Rehabilitation and Nursing;

Diana R. Koehler, 3015 West 29th Street, Brooklyn, NY 11224, Highgate LTC Management LLC dba Northwoods Rehabilitation & Extended Care - Hilltop;

Jonathon Redner, 273 53rd St, Brooklyn, NY, 11219,, Home Attendant Services of Hyde Park;

Lawrence Reichenberger, 3015 West 29th Street, Brooklyn, NY 11224., Baypark Center Nursing & Rehabilitation;

Mark Reisman, 2357 60th St, Brooklyn, NY 11204, Edison Home Health Care;

Richard Bursek, 99 Golden Hill Dr, Kingston, NY 12401, Golden Hill Health Care Center & Rehabil;

Mayer Rispler, 755 Hempstead Turnpike, Uniondale, NY 11553, Townhouse Center for Rehab & Nursing;

Berish Rubenstein, 951 Broadway, Woodmere, NY 11598, Baypark Center Nursing & Rehabilitation;

Malky Saffran, 121 Franklin Place Woodmere, NY 11598, Woodmere Rehabilitation & Health Care Center;

Samuel Schlesinger,1040 EAST 22ND Street, Brooklyn, NY 11210, Allstate ASO;

Jacob Schoenberger, 65 Lafayette St, Spring Valley, NY, 10977, Evergreen Court Home for Adults;

Michael Schwartz, 51 Villas Circle, Melville, NY 11747, Nassau Operating Company, LLC dba Nassau Extended Care Facility;

Leslie Shafrank, 755 Hempstead Turnpike, Uniondale, NY 11553Lorraine Takesky, address unknown, Throgs Neck Operating Company, LLC dba Throgs Neck Extended Care Facility;

Henry Shayovitz, 3015 West 29th Street, Brooklyn, NY 11224, Baypark Center Nursing & Rehabilitation;

Agnes Shemia, 1989 Coney Island Ave, Brooklyn, NY 11223, HCS Homecare;

Jeff Shemia, 1989 Coney Island Ave, Brooklyn, NY 11223, HCS Homecare;

Israel Sherman, 822 Cedar Avenue, Niagara Falls, NY 14301, Amerifalls, LLC;

Samuel Sherman, 822 Cedar Avenue, Niagara Falls, NY 14301, Amerifalls, LLC;

Leah Sherman,168 W Main St, Springville, NY, 14141,, Fiddlers Green Manor Rehabilitation and;

Warren Sherman,1273 53rd St, Brooklyn, NY, 11219,, Home Attendant Services of Hyde Park;

Sam Sherman, 822 Cedar Avenue, Niagara Falls, NY 14301, Sunharbor Acquisition, LLC;

Nat Sherman, 220 West Post Road, White Plains, NY10606, Throgs Neck Operating Company, LLC dba Throgs Neck Extended Care Facility;

Samuel Shernan,168 W Main St, Springville, NY, 14141,, Fiddlers Green Manor Rehabilitation and;

Hindy Sirkis, 5814 17th Ave, Brooklyn, NY 11204, Baypark Center Nursing & Rehabilitation;

Moshe Sirkis, 220 West Post Road, White Plains, NY10606, Baypark Center Nursing & Rehabilitation;

Dominic Spira Md,1335 Portland Ave, Rochester, NY, 14621, New Roc Nursing & Rehabilitation;

Jonathan Steinberg, 70-20 Austin St., Suite 135 Forest Hills, NY 11375, Caring Companion Services, Inc;

Miriam Steinberg, 1400 Pelham Parkway South, New York NY 10461, Caring Companion Services, Inc;

Ronald Stern, 6 Donde Lane, East Northport NY 11720,, Preferred Home Care of NY;

Kenneth Tessler, 2214 Avenue I Brooklyn, NY 11210, Baypark Center Nursing & Rehabilitation;

Aaron Unger, 14744 76th Ave, Flushing, NY 11376, Brookhaven Rehabilitation & Health Care;

Eila Vinitzky, 144-12 75th Ave, Flushing, New York 11367, Expert Care Staffing, LLC & Staffing Age;

Yuliya Vinokurova, 99 Golden Hill Dr, Kingston, NY 12401, Golden Hill Health Care Center & Rehabil;

Jeffrey Vogel, 3015 West 29th Street, Brooklyn, NY 11224, Baypark Center Nursing & Rehabilitation;

Sherman Vogel, 3015 West 29th Street, Brooklyn, NY 11224, Baypark Center Nursing & Rehabilitation;

Toby Weinberger, 250 Beach 17th Street, Far Rockaway NY 11691, Brookhaven Rehabilitation & Health Care;

Zoltan Weinberger, 54 Walworth St, Brooklyn, NY, 11205, Upstate Dairy Farms, Inc.;

Regina Weinstock, 28 Burton Avenue, Woodmere, NY 11498, Eastchester Rehabilitation & Health Care Center, LLC;

Michael Weiss, 3015 West 29th Street, Brooklyn, NY 11224, Baypark Center Nursing & Rehabilitation;

Shlomie Weiss, 6321 New Utrecht Ave., 2nd Floor, Brooklyn, NY 11219-5425, Clinical Staffing Resources Corp.;

Ari Weiss,  2357 60th Street, Brooklyn NY 11204, Edison Home Health Care;

Robyn Weiss, 3015 West 29th Street, Brooklyn, NY 11224., Park Avenue Operating Company, LLC dba Park Avenue Extended Care Facility;

Berish Weiss,  2357 60th Street, Brooklyn NY 11204, Preferred Home Care of NY;

Chaya Willinger, 46 Mt Ebo Road North, Brewster, NY 10509, Putnam Ridge;

Robert Wolf, 250 Beach 17th Street, Far Rockaway NY 11691, Brookhaven Rehabilitation & Health Care;

Peyman Younesi, 309 Rutledge Street, Suite 2B, Brooklyn, New York 11211, Clear Choice Medical PC;

Mark Zaffrin, 3015 West 29th Street, Brooklyn, NY 11224, Baypark Center Nursing & Rehabilitation;

Ephraim Zagelbaum, 88 Calvary Dr, Norwich, NY, 13815;

Ephraim Zagelbaum, 755 East Monroe St, Little Falls, NY, 13365;

David Zohler, 1055 63rd Street, Brooklyn, NY 11219 ;

Union Defendant Local 1199 of the Service Employees International Union, 498 7th Avenue, New York, NY 10018;

Rashbi Management, Inc. 129 South 8th Street, Brooklyn, NY 11211.;

Oriska Insurance Company, 1310 Utica St., Oriskany, New York, 13424;

Oriska Corporation, 1310 Utica Street, Oriskany, NY 13424.